**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| M.G., | : | No. 470 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| V. S.J., | : | the Order of the Superior Court |
| | : | |
| Petitioner | : | |
| | | |
| M.G., | : | No. 471 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| V. S.J., | : | the Order of the Superior Court |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal and Application for Consolidation are **DENIED**.